UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | Cr. No.: 8:13-cr-00630-GRA-3 |
| v. ) | |
| ) | |
| Branko Terkovich, ) | **ORDER** |
| ) | (Written Opinion) |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court for a ruling on Defendant's Motion for Early Termination of Probation, filed on May 4, 2015. ECF No. 306. After considering the factors contained in 18 U.S.C. § 3553(a), and pursuant to 18 U.S.C. § 3564(c), this Court orders that Defendant's previously imposed term of probation be terminated and that he be discharged.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Terminate Probation is GRANTED.

**IT IS SO ORDERED.**

_G. Ross Anderson, Jr._
G. Ross Anderson, Jr.
Senior United States District Judge

May  5 , 2015
Anderson, South Carolina